UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL MOSES, ET AL.                                   CIVIL ACTION

VERSUS                                                            NO: 25-546

WELLS FARGO BANK, N.A.                              SECTION: "A" (5)

## ORDER AND REASONS

The following motion is before the Court: **Motion to Reconsider Order and Reasons (Rec. Doc. 15)** filed by the plaintiffs, Dr. Michael Moses and Kathy Moses ("Plaintiffs"). The defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), opposes the motion. The motion, submitted for consideration on September 17, 2025, is before the Court on the briefs without oral argument.

On August 12, 2025, the Court entered its Order and Reasons granting in part and denying in part a Rule 12(b)(6) motion filed by Wells Fargo. The crux of Plaintiffs' complaint is that Wells Fargo reneged on a legally binding agreement to lend them money at a locked in interest rate. Plaintiffs alleged breach of contract, fraud/fraudulent inducement, unfair trade practices, negligent misrepresentation, and in the alternative, detrimental reliance. Wells Fargo argued in its motion to dismiss that its refusal to give them a loan was not actionable under any of the legal theories that the Plaintiffs relied upon, and the Court was inclined to agree. Nonetheless, the Court declined to dismiss Plaintiffs' complaint in its entirety and allowed two of their causes of action to go forward: negligent misrepresentation, and in the alternative, detrimental reliance.

Plaintiffs now ask the Court to reconsider its decision to dismiss their breach of contract claim (commitment letter) and their Louisiana Unfair Trade Practices, La. R.S. § 51:1401, *et seq.* ("LUTPA"), claim. The Court has already rejected the arguments that Plaintiffs are raising.[1] Therefore, for the reasons previously given, the motion to reconsider is denied.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion to Reconsider Order and Reasons (Rec. Doc. 15)** filed by the plaintiffs, Dr. Michael Moses and Kathy Moses, is **DENIED**.

September 25, 2025

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] As to the LUTPA claim, the Court explained that the conduct alleged was not fraudulent in nature and did not rise to the level of conduct necessary to support such a claim.